

**U.S. ELECTION ASSISTANCE COMMISSION**
1335 East West Highway, Suite 4300
Silver Spring, MD  20910

January 29, 2016

Bryan Caskey
Election Director
Kansas Secretary of State's Office
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594

Dear Mr. Caskey:

This letter pertains to your November 17, 2015, correspondence requesting that the EAC adjust its instructions to the National Mail Registration Form to be consistent with recent changes in Kansas state law and administrative regulations

The changes have been made and are posted on the EAC website.

The changes and additions, *in italics*, made to the Federal form State-Specific Instructions for the State of Kansas, are:

**9. Signature.**
  To register in Kansas you must:
  - be a citizen of the United States
  - be a resident of Kansas
  - be 18 by the next election
  - *have provided a document, or copy thereof, demonstrating United States citizenship within 90 days of filing the application with the secretary of state or applicable county election officer*
  - have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
  - not claim the right to vote in any other location or under any other name
  - not be excluded from voting by a court of competent jurisdiction
  - *Acceptable documents demonstrating Untied States citizenship as required by K.S.A. §25-2309 (1) include the following:*

*(1) A driver's license or non-driver state identification card indicating on its face that the holder has provided satisfactory proof of United States citizenship;*
*(2) A birth certificate indicating birth in the United States;*
*(3) Pertinent pages of a valid or expired United States passport identifying the applicant and the applicant's passport number;*

*(4) A naturalization document indicating United States citizenship;*
*(5) A document issued by the federal government pursuant to the Immigration and Naturalization Act of 1952, and amendments thereto, indicating United States citizenship;*
*(6) A Bureau of Indian Affairs card number, tribal treaty card number; or tribal enrollment number;*
*(7) A consular report of birth abroad of a citizen of the United States;*
*(8) A certificate of citizenship issued by the U.S. Citizenship and Immigration Services*
*(9) A certificate of report of birth issued by the U.S. Department of State;*
*(10) An American Indian card with KIC classification issued by the U.S. Department of Homeland Security;*
*(11) A final adoption decree showing the applicant's name and Untied States birthplace;*
*(12) An official U.S. military record of service showing the applicant's United States birthplace;*
*(13) An extract from a U.S. hospital record of birth created at the time of the applicant's birth indicating the applicant's United States birthplace.*

*If one does not possess any of the listed documents, the person may alternatively prove his or her citizenship through process described in K.S.A. §25-2309(m).*

If the changes do not accurately reflect your request, please notify me immediately. Further, we have begun a systematic process with all states to update State-Specific Instruction Changes regularly. Please look for a separate mailing from us in the coming days and notify us if any additional State-Specific Instructions are in need of modernization or further calibration with your procedures.

If you have any questions on this matter, please do not hesitate to contact me at 301-563-3959 or at bnewby@eac.gov.

Sincerely,

Brian D. Newby
Executive Director