## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.,* )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRIAN D. NEWBY, *et al.,* )<br>)<br>Defendants. )<br>)<br>KANSAS SECRETARY OF STATE KRIS W. KOBACH and PUBLIC INTEREST LEGAL FOUNDATION, )<br>)<br>)<br>)<br>Defendants-Intervenors. )<br>) | Civil Case No. 16-cv-236 (RJL)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF CHRISTY A. McCORMICK, IN HER CAPACITY AS A THIRD-PARTY WITNESS AND IN HER PERSONAL CAPACITY** |

**PLEASE TAKE NOTICE** that I am admitted and authorized to practice in this Court,

and that I appear in this case as counsel for Christy McCormick, in her capacity as a third-party

witness and in her personal capacity.

Dated: March 8, 2016

Respectfully submitted,

 *s/ Chris Fedeli*
Chris Fedeli
DC Bar No. 472919
**JUDICIAL WATCH, INC.**
425 Third Street, S.W., Suite 800
Washington, DC  20024
Tel: (202) 646-5172
cfedeli@judicialwatch.org