## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.,* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civil Case No. 16-cv-236 (RJL) |
| BRIAN D. NEWBY, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |
| KANSAS SECRETARY OF STATE KRIS W. KOBACH and PUBLIC INTEREST LEGAL FOUNDATION, | ) ) ) ) | |
| Defendants-Intervenors. | ) ) | |

_____ )

## NOTICE

Interested Party Christy A. McCormick files this Notice to inform the Court that her counsel, the undersigned and Robert D. Popper (*pro hac vice* motion pending), both of Judicial Watch, Inc., will be available today at the hearing in this matter.  Should the Court grant leave, counsel will be available to address issues raised in Plaintiffs' Motion to Exclude Christy McCormick's Testimony and for Preservation Order (ECF No. 54), and to correct certain misstatements of fact contained in that motion.  Counsel understands and will abide by the protective order issued in this matter.

Dated:  March 9, 2016

Respectfully submitted,

 s/ Chris Fedeli
Chris Fedeli, DC Bar No. 472919
**JUDICIAL WATCH, INC.**
425 Third Street, SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
cfedeli@judicialwatch.org
*Attorney for Christy A. McCormick*