UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRIAN D. NEWBY, in his capacity as the Executive Director of the United States Election Assistance Commission, and UNITED STATES ELECTION ASSISTANCE COMMISSION, )<br>)<br>)<br>)<br>)<br>Defendants, )<br>)<br>KANSAS SECRETARY OF STATE KRIS W. KOBACH and PUBLIC INTEREST LEGAL FOUNDATION, )<br>)<br>)<br>Defendant-Intervenors. ) | Civil Case No. 16-236 (RJL) |

**FILED**
**JUN 2 9 2016**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**
(June 29, 2016) [Dkts. ##11, 91]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for a Preliminary Injunction [Dkt. #11] is **DENIED**; and it is further

**ORDERED** that the parties shall confer and submit a proposed scheduling order(s) to govern the dispositive motions phase of this case no later than July 8, 2016; and it is further

**ORDERED** that plaintiffs' Motion for Status Conference[1] [Dkt. #91] is **DENIED AS MOOT.**

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

---

[1] Plaintiffs expressed concern in today's Motion for Status Conference about the timing of this Court's decision on their pending Motion for a Preliminary Injunction. Footnote 11 in the accompanying opinion might help them appreciate how their Motion for a Preliminary Injunction, however meritorious, could not receive this Court's undivided attention.