**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, LEAGUE OF WOMEN VOTERS OF ALABAMA, LEAGUE OF WOMEN VOTERS OF GEORGIA, LEAGUE OF WOMEN VOTERS OF KANSAS, GEORGIA STATE CONFERENCE OF THE NAACP, GEORGIA COALITION FOR THE PEOPLE'S AGENDA, MARVIN BROWN, JOANN BROWN, and PROJECT VOTE

Plaintiffs,

v.

BRIAN D. NEWBY, in his capacity as the Executive Director of The United States Election Assistance Commission; and

THE UNITED STATES ELECTION ASSISTANCE COMMISSION

Defendants.

KANSAS SECRETARY OF STATE KRIS W. KOBACH and PUBLIC INTEREST LEGAL FOUNDATION

Defendant-Intervenors.

Case No. 16-cv-236 (RJL)

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given this 1st day of July, 2016 that, pursuant to 28 U.S.C. § 1292(a)(1), all Plaintiffs in the above-captioned action hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court denying Plaintiffs' Motion for Preliminary Injunction, entered on the 29th day of June, 2016 (attached hereto as Exhibit 1).

Additionally, pursuant to 28 U.S.C. § 1657(a) and Circuit Rule 47.2(a), Plaintiffs seek expedited review of this appeal of the District Court's denial of their request for a preliminary injunction. *See* 28 U.S.C. § 1657(a) ("[E]ach court of the United States shall expedite the consideration of any action … for temporary or preliminary injunctive relief."); Circuit Rule 47.2(a) (directing that in such cases the clerk "prepare an expedited schedule for briefing and argument"). This case implicates fundamental voting rights for citizens in three states. Plaintiffs appeal from the District Court's denial of their motion for a preliminary injunction seeking to set aside the Executive Director of the U.S. Election Assistance Commission's unauthorized and unilateral modification of the uniform mail-in voter registration form prescribed by the National Voter Registration Act of 1993 to require documentary proof of citizenship in order to register to vote in three states. If allowed to stand, the District Court's decision threatens to disenfranchise tens of thousands of voters in the upcoming November elections. Nowhere in its opinion does the District Court address the harm to those individual voters (whose interests Plaintiffs may represent) who are unaware that Georgia and Alabama are not enforcing the Executive Director's decision; nor does the court address the irreparability of the harm to voters who lack access to proof of citizenship who could not submit complete voter registration applications in Kansas and will now be unable to vote. Recognizing the time-sensitivity of voting rights cases, the Supreme Court has instructed that such cases be heard well in advance of the elections so that rules may be set and appeals may be heard. *See Veasey v. Abbott*, 136 S. Ct. 1823 (2016).

Moreover, this case presents several clear and unambiguous violations of the Administrative Procedure Act. Evidence of these violations was so overwhelming that the Department of Justice agreed that Plaintiffs' proposed preliminary injunction should be entered and the Executive Director's actions immediately vacated.

In light of these circumstances, we therefore respectfully request that the Court of Appeals accord expedited treatment to this case.

July 1, 2016

Respectfully submitted,

By: /s/ Jonathan D. Janow

Jonathan D. Janow
D.C. Bar No. 1002399
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 879-5000
jonathan.janow@kirkland.com

- and –

Michael C. Keats**
Joel T. Dodge*
Chelsea L. Goulet
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400
mkeats@stroock.com

Amelia J. Schmidt
D.C. Bar No. 1012380
STROOCK & STROOCK & LAVAN LLP
1875 K Street NW
Washington, DC 20006
(202) 739-2800
aschmidt@stroock.com

Wendy R. Weiser**
Jonathan Brater*
Tomas Lopez*
Robert Ferguson*
BRENNAN CENTER FOR JUSTICE

161 Avenue of the Americas, 12th Floor
New York, New York 10013
(646) 292-8310
wendy.weiser@nyu.edu

*Attorneys for Petitioners the League of Women Voters of the United States, the League of Women Voters of Kansas, the League of Women Voters of Alabama, and the League of Women Voters of Georgia*

Dale E. Ho
D.D.C. Bar No. NY0142
Orion Danjuma*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
dale.ho@aclu.org

Stephen Douglas Bonney*
ACLU FOUNDATION OF KANSAS
6701 W. 64th Street, Ste. 210
Overland Park, KS 66202
(913) 490-4102
dbonney@aclukansas.org

Jon M. Greenbaum
D.C. Bar No. 489887
Ezra D. Rosenberg
D.C. Bar No. 360927
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue, NW
Suite 400
Washington, DC 20005
(202) 662-8600
jgreenbaum@lawyerscommittee.org

*Attorneys for Petitioners Marvin Brown, JoAnn Brown, the Georgia State Conference of the NAACP,*

*and Georgia Coalition for the People's Agenda*

Linda Stein
D.C. Bar No. 376217
Errol R. Patterson
D.C. Bar No. 379715
Jason Abel
D.C. Bar No. 490382
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
(202) 429-3000
lstein@steptoe.com

*Attorneys for Petitioners the Georgia State Conference of the NAACP, and Georgia Coalition for the People's Agenda*

John A. Freedman
D.C. Bar. No. 453075
ARNOLD & PORTER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5000
John.Freedman@aporter.com

Michelle Kanter Cohen
D.C. Bar No. 989164
PROJECT VOTE
1420 K Street, 7th Floor
Washington, DC 20005
(202) 546-4173
mkantercohen@projectvote.org

*Attorneys for Petitioner Project Vote*

**Pro hac vice motion pending*
***Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on the 1st day of July, 2016, they caused one copy each of the foregoing PLAINTIFFS' NOTICE OF APPEAL and attachment, to be served by electronic mail and/or the Court's ECF system on the following:

Galen Nicholas Thorp
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 514-4781
Fax: (202) 616-8460
Email: galen.thorp@usdoj.gov

Julie Straus Harris
U.S. DEPARMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 514-7857
Fax: (202) 616-8460
Email: julie.strausharris@usdoj.gov

Dale L. Wilcox
IMMIGRATION REFORM LAW INSTITUTE
25 Massachusetts Avenue, NW
Suite 335
Washington, DC 20001
(202) 232-5590
Fax: (202) 464-3590
Email: dwilcox@irli.org

John Michael Miano
JOHN M. MIANO
E101 103 Park Avenue
Summit, NJ 07901
(908) 273-9207
Email: miano@colosseumbuilders.com

Kris W. Kobach
STATE OF KANSAS
270 SW 10th Ave
Topeka, KS 66612

(785) 296-4575
Fax: (785) 368-8033
Email: Kris.Kobach@sos.ks.gov

Kaylan L. Phillips
PUBLIC INTEREST LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599
Fax: (888) 815-5641
Email: kphillips@publicinterestlegal.org

July 1, 2016

Respectfully submitted,

By: /s/ Jonathan D. Janow

Jonathan D. Janow
D.C. Bar No. 1002399
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 879-5000
jonathan.janow@kirkland.com

- and –

Michael C. Keats**
Joel T. Dodge*
Chelsea L. Goulet
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400
mkeats@stroock.com

Amelia J. Schmidt
D.C. Bar No. 1012380
Stroock & Stroock & Lavan LLP
1875 K Street NW
Washington, DC 20006
(202) 739-2800
aschmidt@stroock.com

*Counsel for Plaintiffs the League of Women Voters of the United States, the League of*

*Women Voters of Kansas, the League of Women Voters of Alabama, and the League of Women Voters of Georgia*

**Pro hac vice motion pending*
***Admitted pro hac vice*