# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, et al., ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) | Civil Case No. 16-236 (RJL) |
| ) BRIAN D. NEWBY, in his capacity as the ) Executive Director of the United States Election ) Assistance Commission, and UNITED ) STATES ELECTION ASSISTANCE ) COMMISSION, ) ) | |
| Defendants, ) ) | |
| KANSAS SECRETARY OF STATE KRIS ) W. KOBACH and PUBLIC INTEREST ) LEGAL FOUNDATION, ) ) | |
| Defendant-Intervenors. ) | |

**ORDER**
(June 29, 2016) [Dkts. ##11, 91]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for a Preliminary Injunction [Dkt. #11] is

**DENIED**; and it is further

**ORDERED** that the parties shall confer and submit a proposed scheduling

order(s) to govern the dispositive motions phase of this case no later than July 8, 2016;

and it is further

**ORDERED** that plaintiffs' Motion for Status Conference[1] [Dkt. #91] is **DENIED AS MOOT**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

---

[1] Plaintiffs expressed concern in today's Motion for Status Conference about the timing of this Court's decision on their pending Motion for a Preliminary Injunction. Footnote 11 in the accompanying opinion might help them appreciate how their Motion for a Preliminary Injunction, however meritorious, could not receive this Court's undivided attention.