UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, LEAGUE OF WOMEN VOTERS OF ALABAMA, LEAGUE OF WOMEN VOTERS OF GEORGIA, LEAGUE OF WOMEN VOTERS OF KANSAS, GEORGIA STATE CONFERENCE OF THE NAACP, GEORGIA COALITION OF THE PEOPLE'S AGENDA, MARVIN BROWN, JOANN BROWN, and PROJECT VOTE,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN D. NEWBY, in his capacity as the Executive Director of the United States Election Assistance Commission, and UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>Defendants,<br><br>KANSAS SECRETARY OF STATE KRIS W. KOBACH and PUBLIC INTEREST LEGAL FOUNDATION,<br><br>Defendant-Intervenors. | Civil Case No. 16-236 (RJL)<br><br>FILED<br>JUL 11 2016<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

SCHEDULING ORDER
(July 11, 2016)

Upon consideration of the parties' Notice of Proposed Schedules [Dkt. #98] and in order to resolve this matter on the merits as expeditiously as possible, it is hereby

**ORDERED** that the following schedule shall govern the dispositive motions phase of this case: (1) federal defendants' motion for summary judgment shall be due on

or before July 22, 2016; (2) plaintiffs' opposition and cross-motion for summary judgment shall be due on or before August 5, 2016; (3) defendant-intervenors' oppositions and cross motions for summary judgment shall be due on or before August 19, 2016; (4) federal defendants' reply and opposition to cross-motions, if any, shall be due on or before August 26, 2016; (5) plaintiffs' and defendant-intervenors' replies, if any, shall be due on or before September 2, 2016; and it is further

**ORDERED** that oral argument shall be held on September 12, 2016 at 2:30pm in Courtroom 18; and it is further

**ORDERED** that the status conference set for July 14, 2016 at 2:00 PM is **CANCELLED.**

**SO ORDERED.**

*[signature]*
RICHARD J. LEON
United States District Judge