**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>BRIAN NEWBY, *et al.*, <br><br>　　　　　Defendants, <br><br>KANSAS SECRETARY OF STATE KRIS W. KOBACH and PUBLIC INTEREST LEGAL FOUNDATION <br><br>　　　　　Defendant-Intervenors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )　　Civil Action No. 1:16-236 (RJL) |

**FEDERAL DEFENDANTS' CONSENT MOTION TO RESCHEDULE
ORAL ARGUMENT**

Pursuant to Fed. R. Civ. P. 16(b)(4), the United States Election Assistance Commission ("EAC") and its Executive Director Brian Newby (collectively "Federal Defendants"), move to reschedule oral argument from September 12, 2016 to September 15, 2016 or thereafter at the Court's convenience. Undersigned counsel conferred with counsel for plaintiffs and both intervenors, who consent to this motion. Because there is good cause for the request and no party will be meaningfully prejudiced, the Court should grant the motion.

By minute order dated July 11, 2016, the Court scheduled oral argument on the cross-motions for summary judgment for September 12, 2016. ECF No. 99. That schedule would substantially burden undersigned counsel's ability to prepare for oral argument because he will be returning to the office that day after being out of the office for the two preceding weeks.

Undersigned counsel was previously scheduled to be out of the office from August 29 to September 11, both for official travel to teach a course at the Department of Justice National Advocacy Center in South Carolina and for long-scheduled leave to attend a family reunion in another state.

Rescheduling oral argument by three days, to September 15, 2016 would provide undersigned counsel sufficient time to prepare. Moreover, counsel for the Kansas Secretary of State indicated that Mr. Kobach would be unavailable on September 13 or 14, but could be available on September 15. This small change to the schedule will not meaningfully prejudice any party.

For all these reasons, the Federal Defendants respectfully request that the Court reschedule oral argument for September 15, or thereafter at the Court's convenience.

Date: July 22, 2016                              Respectfully submitted,

                                  BENJAMIN C. MIZER
                                  Principal Deputy Assistant Attorney General
                                  Civil Division

                                  JOHN R. GRIFFITHS
                                  Director
                                  LESLEY R. FARBY
                                  Assistant Director

                                  /s/  Galen N. Thorp
                                  GALEN N. THORP
                                  JULIE STRAUS HARRIS
                                  Trial Attorneys
                                  Civil Division, Federal Programs Branch
                                  United States Department of Justice
                                  20 Massachusetts Ave. NW, Washington, D.C. 20530
                                  Tel: (202) 514-4781, Fax: (202) 616-8460
                                  E-mail: galen.thorp@usdoj.gov

                                  *Attorneys for Federal Defendants*