## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LEAGUE OF WOMEN VOTERS OF THE
UNITED STATES, *et al.*,

        Plaintiffs,

   v.

 BRIAN D. NEWBY, *et al.*,

        Defendants.

Civil Action No. 1:16-236 (RJL)

**NOTICE OF WITHDRAWAL OF COUNSEL AMELIA J. SCHMIDT**

Pursuant to Rule 83.6(b) of the Rules of the United States Court for the District of Columbia, notice is hereby given that Amelia J. Schmidt withdraws as counsel for Plaintiff League of Women Voters in this matter.  Copies of all future papers and pleadings shall continue to be served upon the undersigned remaining attorneys of record for Plaintiff League of Women Voters. Pursuant to Rule 83.2(c)(1) of the Rules of this Court, any papers filed by the remaining attorneys of record for Plaintiff League of Women Voters will continue to be signed by an attorney joined of record who is a member of the Bar of this Court.

January 23, 2017

Respectfully submitted,

By: /s/ Amelia J. Schmidt

Amelia J. Schmidt
D.C. Bar No. 1012380
STROOCK & STROOCK &
LAVAN LLP
1875 K Street NW
Washington, DC 20006
(202) 739-2800
aschmidt@stroock.com

**-** and –

Michael C. Keats**
Joel T. Dodge**
Chelsea L. Goulet*
STROOCK & STROOCK &
LAVAN LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400
mkeats@stroock.com

**Admitted Pro Hac Vice
*Pro Hac Vice Motion Pending

*Attorneys for Plaintiff League of
Women Voters*

2