UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et. al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Brian D. NEWBY, *et. al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:16-236 (RJL) |

### NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN BRATER

　　　　Pursuant to Rule 83.6(b) of the Rules of the United States Court for the District of Columbia, notice is hereby given that Jonathan Brater withdraws as counsel for Plaintiff League of Women Voters in this matter. Copies of all future papers and pleadings shall continue to be served upon the undersigned remaining attorneys of record for Plaintiff League of Women Voters. Pursuant to Rule 83.2(c)(1) of the Rules of this Court, any papers filed by the remaining attorneys of record for Plaintiff League of Women Voters will continue to be signed by an attorney joined of record who is a member of the Bar of this Court.

Dated: January 24, 2019
Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan Brater*

　　　　　　　　　　　　　　　　　　　　　　　　Wendy R. Weiser*
　　　　　　　　　　　　　　　　　　　　　　　　Jonathan Brater*
　　　　　　　　　　　　　　　　　　　　　　　　BRENNAN CENTER FOR JUSTICE
　　　　　　　　　　　　　　　　　　　　　　　　AT NYU SCHOOL OF LAW
　　　　　　　　　　　　　　　　　　　　　　　　120 Broadway, Suite 1750
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10271

wendy.weiser@nyu.edu
*Admitted Pro Hac Vice

*Counsel for Plaintiffs League of Women Voters*

## **CERTIFICATE OF SERVICE**

I hereby verify that on this 24th day of January, 2019, a copy of the foregoing was filed electronically with the Clerk of this Court. Service of this filing will be made on all ECF-registered counsel by operation of the Court's filing system. Parties may access this filing through the Court's system.

*/s/ Jonathan Brater*

Jonathan Brater
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
jonathan.brater@nyu.edu