UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN D. NEWBY and THE UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>Defendants,<br><br>and<br><br>SCOTT SCHWAB, in his official capacity as the Kansas Secretary of State,<br><br>Intervenor-Defendant. | Case No. 16-cv-0236 (RJL) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Garrett Roe, Kris Kobach, Dale Wilcox, and John Miano hereby notify the Court and the parties of their withdrawal as counsel for Intervenor-Defendant Scott Schwab. *See* LCvR 83.6(b). Jeffrey A. Chanay will remain as counsel of record for Intervenor-Defendant.

Respectfully submitted,

/s/ Garrett Roe
Garrett Roe*
Memorial Hall, 1st Floor
120 SW 10th Ave.
Topeka, KS 66612
Tel: (785) 296-8473
Fax: (785) 368-8032
garrett.roe@sos.ks.gov

/s/ Kris Kobach
Kris Kobach*
PO Box 155
Lecompton, KS 66050

* Admitted Pro Hac Vice


/s/ Dale L. Wilcox
Dale L. Wilcox
D.C. Bar No. 1012380
IMMIGRATION REFORM LAW
INSTITUTE
25 Massachusetts Ave., Suite 335
Washington DC 20001
Tel: (202 232-5590
Fax: (202 464-3590
dwilcox@irli.org


/s/ John M. Miano
John M. Miano
D.C. Bar No. 1003068
IMMIGRATION REFORM LAW
INSTITUTE
25 Massachusetts Ave., Suite 335
Washington DC 20001
Tel: (202 232-5590
Fax: (202 464-3590
miano@colosseumbuilders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2019, this Notice of Withdrawal of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system and that the CM/ECF system will serve all participants in the case that are registered CM/ECF users.

      /s/ John M. Miano