UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>BRIAN D. NEWBY, in his official capacity, and the UNITED STATES ELECTION ASSISTANCE COMMISSION,<br><br>    *Defendants*,<br><br>KANSAS SECRETARY OF STATE KRIS W. KOBACH and PUBLIC INTEREST LEGAL FOUNDATION,<br><br>    *Defendant-Intervenors*. | Case 16-236-RJL |

## **NOTICE OF WITHDRAWAL OF APPEARANCE OF CHRIS FEDELI**

    Interested Party Christy A. McCormick hereby provides notice that undersigned counsel Chris Fedeli has taken a new job and will no longer be employed with Judicial Watch after Friday, June 5, 2020.  Accordingly, Mr. Fedeli provides notice of his withdrawal of appearance.  Ms. McCormick will continue to be represented by attorney Robert Popper, a member of the bar of this Court who has entered an appearance in this case.

Dated: June 4, 2020                    Respectfully submitted,

        *s/ Chris Fedeli*
Chris Fedeli, DC Bar 472919
**JUDICIAL WATCH, INC.**
cfedeli@judicialwatch.org

*s/ Robert Popper*
Robert Popper, *for Christy A. McCormick*
**JUDICIAL WATCH, INC.**
425 Third Street SW, Suite 800
Washington, DC 20024
rpopper@judicialwatch.org
202-646-5172