# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-7027**　　　　　　　　　　　　September Term, 2019

　　　　　　　　　　　　　　　　　　　　1:16-cv-00236-RJL

　　　　　　　　　　　　　　　Filed On: August 19, 2020 [1857313]

League of Women Voters of the United States, et al.,

　　　　Appellees

　　v.

Brian D. Newby, in his capacity as the Executive Director of the United States Election Assistance Commission, et al.,

　　　　Appellees

Eagle Forum Education & Legal Defense Fund,

　　　　Appellant

### M A N D A T E

　　In accordance with the judgment of June 26, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed June 26, 2020