# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-7027                                    September Term, 2019

FILED ON: JUNE 26, 2020

LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, ET AL.,
        APPELLEES

v.

BRIAN D. NEWBY, IN HIS CAPACITY AS THE EXECUTIVE DIRECTOR OF THE UNITED STATES ELECTION ASSISTANCE COMMISSION, ET AL.,
        APPELLEES

EAGLE FORUM EDUCATION & LEGAL DEFENSE FUND,
        APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-00236)

Before: TATEL, GARLAND, and MILLETT, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause be reversed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                              BY:         /s/

                                                 Daniel J. Reidy
                                               Deputy Clerk

Date: June 26, 2020

Opinion for the court filed by Circuit Judge Tatel.