UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEAGUE OF WOMEN VOTERS OF )
THE UNITED STATES, *et al.*, )
                                                   )
              Plaintiffs, )
                                                   )     Civil Case No. 16-00236 (RJL)
             v. )
                                                   )
MONA HARRINGTON, *et al.*, )
                                                   )
             Defendants. )

**ORDER**
(September 16, 2021) [Dkts. #101, #103, #105, #107]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #101] and plaintiffs' Cross-Motion for Summary Judgment [Dkt. #103] are GRANTED with respect to Count V of the Complaint; it is further

**ORDERED** that intervenor-defendants' Cross-Motions for Summary Judgment [Dkts. #105, #107] are DENIED; it is further

**ORDERED** that the U.S. Election Assistance Commission's 2016 decisions approving Kansas's, Georgia's, and Alabama's requests to modify the state-specific instructions of the National Mail Voter Registration Form are VACATED; and it is further

**ORDERED** that this case is REMANDED to the U.S. Election Assistance

Commission to reconsider Georgia's and Alabama's requests consistent with this Opinion, to the extent those States continue to seek the state-specific instructions at issue here.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge